IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| vs. | * | Criminal No. CCB-12-0412 |
| GERALD JEROME RICE | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM AND ORDER

Now pending is a renewed motion seeking compassionate release filed by Gerald Jerome Rice (ECF 74). While the court appreciates that Mr. Rice apparently continues to do well with rehabilitation in BOP custody, there is no evidence of changed circumstances that would constitute an extraordinary and compelling reason for early release, even with home confinement. Accordingly, for the same reasons stated in the denial of the earlier motion for compassionate release (see ECF 73), it is hereby Ordered that:

1. The renewed motion for compassionate release (ECF 74) is Denied; and
2. The Clerk shall send copies of this Memorandum and Order to Gerald Rice and counsel of record.

DATE: September 23, 2024

BY THE COURT:

/S/ CATHERINE C. BLAKE
_____
Catherine C. Blake
United States District Judge